AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | ) |
|---|---|
| VICTOR ROSALES | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No. 1:25-cv-24435-DSL |
| HECTOR LANS | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HECTOR LANS

5877 SW 123 Avenue
Miami, Florida 33183

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Zandro E. Palma, P.A.
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Tel: 305-446-1500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 26, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin
Deputy Clerk
U.S. District Courts